```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

                          PORTLAND DIVISION


MARTINA RAMOS,                            10-CV-1125-PK

          Plaintiff,                      ORDER

v.

BIMBO BAKERIES USA, Inc.,

          Defendant.
```

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#15) on December 3, 2010, in which he recommends this Court grant Plaintiff Martina Ramos's Motion (#6) to Remand

1 - ORDER

this matter to the Washington County Circuit Court of Oregon. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#15). Accordingly, the Court **GRANTS** Plaintiff's Motion (#6) to Remand and **REMANDS** this matter to the Washington County Circuit Court of Oregon.

IT IS SO ORDERED.

DATED this 3rd day of January, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER