IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MARTINA RAMOS,**                          10-CV-1125-PK

        **Plaintiff,**              **JUDGMENT OF REMAND**

**v.**

**BIMBO BAKERIES USA, Inc.,**

        **Defendant.**


**BROWN, Judge.**

    Based on the Court's Order (# 18) issued January 3, 2011, this matter is **REMANDED** to the Washington County Circuit Court of Oregon.

    IT IS SO ORDERED.

    DATED this 3rd day of January, 2011.

                                           /s/ Anna J. Brown

                                       ANNA J. BROWN
                                       United States District Judge

1 - JUDGMENT OF REMAND